NOAH G. BLECHMAN (State Bar No. 197167)
Noah.Blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
County of Mendocino; Sgt. Samuel Logan; Deputy
Jesus Lopez; and Sheriff Matt Kendall

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.J.B., C.L.B., and B.B, minors by and through their Guardian ad litem Adrienne Bakewell, as successors in interest to Nicholas Bakewell, decedent; and Carolynn Bakewell, mother of decedent,

Plaintiffs,

vs.

County of Mendocino; Sergeant Samuel Logan, an individual; Deputy Jesus Lopez, an individual; City of Willits; Officer Damian Angell, an individual; Officer John Gale, an individual; Officer Donovan Shively, an individual; Sheriff Matt Kendall; Chief Brian Fay; Chief Michael Parish, and DOES1-100, inclusive,

Defendants.

Case No. 3:26-cv-01016 WHO

**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS PLAINTIFFS' *MONELL* CLAIMS AGAINST DEFENDANT COUNTY OF MENDOCINO AND TO DISMISS DEFENDANT SHERIFF MATT KENDALL, WITHOUT PREJUDICE**

In the above-captioned matter, Plaintiffs and Defendants County of Mendocino, Sergeant Samuel Logan, Deputy Jesus Lopez, and Sheriff Matt Kendall (the "County Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

1. WHEREAS on June 22, 2026, Plaintiffs filed their operative First Amended Complaint ("FAC," ECF 41), which asserts eleven causes of action, including three claims for

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

municipal liability under 42 U.S.C. § 1983 and *Monell v. Department of Social Services*, 436 U.S. 658 (1978), against some or all of the County Defendants, including: the Fourth Cause of Action (Unconstitutional Custom, Practice, or Policy), the Fifth Cause of Action (Failure to Train), and the Sixth Cause of Action (Ratification) (collectively, the "*Monell* claims"). The FAC asserts one or more of the *Monell* claims against each of the County Defendants.

2. WHEREAS Sheriff Kendall is named in the FAC based on his alleged role as a supervisor and final policymaker for the County of Mendocino and its Sheriff's Department.

3. WHEREAS on June 1, 2026, the Court granted the partial motion to dismiss brought by Defendants City of Willits, Chief Brian Fay, and Chief Michael Parish, dismissing the Fourth, Fifth, and Sixth Causes of Action of Plaintiffs' original Complaint (ECF 1) against the City of Willits, and dismissing Chief Fay and Chief Parish from the action, without prejudice, and with leave to amend within 21 days (ECF 40).

4. WHEREAS Plaintiffs then filed the FAC (ECF 41). The City of Willits' Defendants filed a further Rule 12 motion with regard to the FAC. By order dated September 4, 2026, the Court granted the motion of Defendants City of Willits, Chief Fay, Chief Parish, Officer Damian Angell, Officer John Gale, and Officer Donovan Shively to dismiss the FAC's *Monell* claims against the City of Willits and to dismiss Chief Fay and Chief Parish. The Court again dismissed the Fourth, Fifth, and Sixth Causes of Action as to the City of Willits, without prejudice. It also dismissed Chief Fay and Chief Parish from the action without prejudice (ECF 51).

5. WHEREAS since the County Defendants were similarly situated to the City of Willits related Defendants with regard to the *Monell* claims in the FAC, after meeting and conferring with Plaintiffs' counsel, the Parties herein agree that the Fourth, Fifth, and Sixth Causes of Action from the FAC can be dismissed, without prejudice, as to the County Defendants, and Sheriff Kendall is also dismissed, without prejudice, from this action. The Parties agreement as to the County is in accordance with the Court's Order on August 25, 2026 (ECF 51).

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

6. WHEREAS this stipulation and/or ECF 51, does not dismiss or otherwise affect Plaintiffs' remaining claims against the Defendants.
7. WHEREAS good cause exists for the dismissal, without prejudice, of the *Monell* claims against the County Defendants and of Sheriff Kendall from this action.
8. WHEREAS the parties agree to bear their own attorneys' fees and costs as to these dismissed claims and/or party.

IT IS SO STIPULATED

The undersigned attests that permission in the filing of this document(s) has been obtained from the signatory below which shall serve in lieu of the actual signatures on the document(s).

Dated: October 15, 2026

WEST COAST TRIAL LAWYERS, APLC; NAVAB LAW, APC

By: /s/ Kaveh Navab
Kaveh Navab
Attorneys for Plaintiffs
A.J.B., C.L.B., and B.B.

Dated: October 15, 2026

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: /s/ Noah G. Blechman
Noah G. Blechman
John J. Swafford
Attorneys for Defendants
County of Mendocino; Sgt. Samuel Logan; Deputy Jesus Lopez; and Sheriff Matt Kendall

(**ORDER ON NEXT PAGE**)

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

**ORDER**

The Court, having considered the Parties' stipulation, and good cause appearing, hereby orders as follows:

1. Plaintiffs' Fourth, Fifth, and Sixth Causes of Action in the First Amended Complaint (ECF 41) are hereby DISMISSED WITHOUT PREJUDICE as to Defendant County of Mendocino and Defendant Sheriff Matt Kendall is DISMISSED from this action WITHOUT PREJUDICE.
2. The Parties shall bear their own attorneys' fees and costs as to the dismissed claims and the dismissed party.

**IT IS SO ORDERED.**

Dated: October 16, 2026



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE